UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

COVENANT MEDICAL CENTER,

    Plaintiff,

v.

INSURANCE MANAGEMENT
SERVICES a/k/a IMS MARKETING,
INC., et al.,

    Defendants.

No. 5:20-CV-148-H

## ADMINISTRATIVE CLOSURE ORDER

The mediator has advised the Court that the parties have settled this case. *See* Dkt. No. 74. Accordingly, this case is administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

So ordered on August 27, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE