UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| COVENANT MEDICAL CENTER,<br><br>  Plaintiff,<br><br>v.<br><br>INSURANCE MANAGEMENT<br>SERVICES,<br>a/k/a IMS MARKETING, INC., et al.,<br><br>  Defendants. | No. 5:20-CV-148-H |

### ORDER DISMISSING WITH PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 76. The Joint Stipulation is approved. It is ordered that Covenant's claims against the defendants are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorney's fees.

So ordered on September 14, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE